# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

Davontay Wiseman **Repayment Agreement and Order** No: 7:24-CR-00021-005

On August 28, 2025, Davontay Wiseman was sentenced to 6 months imprisonment followed by a 36-month term of supervised release.

After a review of his financial status, the following repayment agreement has been reached with Mr. Wiseman. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1. As a result of the judgment entered against me on August 28, 2025, I have been ordered to pay a total restitution of $390,475.84 and a special assessment of $100.00.

2. On March 13, 2026, I began my service of 36 months of supervised release. The mandatory assessment was satisfied on September 29, 2025. The current balance of my restitution is $389,371.34.

3. After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning on the 15th day of August 2026, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $50.00 per month during the term of supervision.

[signature] 8/3/26

Davontay Wiseman — Date

[signature] 8-3-26

Gerald M. Bazell, U.S. Probation Officer — Date

**s/Barbara G. Parker** **8/3/2026**

Assistant U.S. Attorney — Date

**THE COURT ORDERS:**

☑ Approval ☐ Disapproval

[signature]

W. Louis Sands
Senior U.S. District Judge

8/03/2026

Date